Jay V. YUNIK, Appellant

v.

Jeffrey BEARD, D.O.C., Secretary, Mr. Nickelson, Deputy Supt. SCI–Fayette, Mr. Armel, Deputy Supt., SCI–Fayette, Brian V. Coleman, Superintendent, SCI–Fayette, Rhonda House, Grievance Officer, SCI–Fayette, Norina Varner, Grievance Officer, SCI–Fay-ette, W.W. Jones, Captain, SCI–Fay-ette, C. Myers, Physician's Assistant, SCI–Fayette, K. Randolph, Registered Nurse, SCI–Fayette, S. Berrier, Acting C.H.C.A., SCI–Fayette, Herbick, Medical Doctor, SCI–Fayette, Appellees.

Supreme Court of Pennsylvania.

Sept. 28, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 28th day of September, 2011, the order of the Commonwealth Court is AFFIRMED.